Plaintiff Amount Order
Kenneth R. Beebe $10,597.31 5/5/81
Eugene L. Bumann 11,868.78
Joseph Dworniczak 11,782.11
Hershel L. Henderson 11.191.10
Marvin Schindler 15.530.10
Plaintiff No, Amount Date
Richard Horn 140-77 $17,848.00 3/27/81
Ralph H. Watson 577-77 18,575.71 4/21/81
Kennis F. Snyder 407-79C 59,474.02 4/21/81
Mell R. Godbee 246-77 46,256.82 5/1/81
Richard Eaton, et al. 230-77 5/1/81
Hal H. Trout (2) 19,480.73
Robert E. Coumeen, et al. 287-77 5/1/81
William F. Geenty, Jr. (2) 18,702.91
John G. A. Larkin, Jr., et al. 341-79C 5/5/81
Lucius R. Wingate 20,963.88
Donovan E. Boyd, et al. 120-77 5/5/81
Gordon S. Fowkes 23,039.28